UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                  Case No. 1:21-cr-20083

v.

                                                  Honorable Thomas L. Ludington

JOHN ROBERT SNOOK,                  Magistrate Judge Patricia T. Morris

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING THE RULE 11 PLEA AGREEMENT UNDER ADVISEMENT

On July 14, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant John Robert Snook's consent, after which Judge Morris issued her Report and Recommendation, recommending that this Court accept Defendant's guilty plea. ECF Nos. 18; 24.

Although Judge Morris's Report stated that the parties could object and seek review within 14 days of service of the Report, neither Plaintiff nor Defendant have objected. Therefore, they have waived their right to appeal Judge Morris's finding that Defendant was competent to enter a plea, and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 24, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 22, is taken **UNDER ADVISEMENT**.

Dated: October 13, 2021                              s/Thomas L. Ludington
                                                                         THOMAS L. LUDINGTON
                                                                              United States District Judge